# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

PAMELA CORPUZ, an Individual; and LEONILA CORPUZ, an individual

      Plaintiff,

      vs.

MAY TRUCKING COMPANY, a corporation; CHRISTOPHER PAUL BARRETT, and individual; and DOES 1 to 50, Inclusive,

      Defendants.

**CASE NO.:**
2:25−CV−02222−DJC−AC
Judge: Hon. Daniel J. Calabretta

**ORDER RE JOINT STIPULATION TO EXTEND VDRP DEADLINE**

Complaint Filed: July 10, 2025
Trial Date: None Set

Having reviewed the relevant JOINT STIPULATION TO EXTEND VDRP DEADLINE, IT IS HEREBY ORDERED THAT:

**1.** The VDRP deadline is extended to <u>April 20, 2026</u>.

     **IT IS SO ORDERED.**

Dated:  January 20, 2026

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

1