DIEPENBROCK & COTTER, LLP
JOHN P. COTTER, State Bar No. 158783
1435 River Park Drive, Suite 400
Sacramento, California 95815
T. (916) 565-6222 | F. (916) 565-6220
E. jpc@diepenbrockcotter.com

Attorney for Defendants
MAY TRUCKING COMPANY and
CHRISTOPHER PAUL BARRETT

**UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PAMELA RAMOS CORPUZ, ET AL.,<br>Plaintiffs,<br>v.<br>MAY TRUCKING COMPANY, ET AL.,<br>Defendants. | Case No.: 2:25-cv-02222-DJC-AC<br><br>**ORDER RE DISMISSAL OF PLAINTIFF LEONILA CORPUZ'S CLAIMS <u>ONLY</u>** |

Based on the stipulation of the parties and good cause appearing, the Plaintiff Leonila Corpuz's claims in the complaint against Defendants are dismissed with prejudice. The case remains pending in all other respects as to Plaintiff Pamela Ramos Corpuz's claims against Defendants.

Dated: November 6, 2026

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE